[No. 9101-8-I. Division One. January 4, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS CLIFF VINEYARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80-1-01189-4, Richard M. Ishikawa, J., entered July 15, 1980. *Affirmed* by unpublished opinion per

Callow, J., concurred in by Andersen, C.J., and Swanson, J.